Otho J. SHARPE, Petitioner,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 13202.

United States Court of Appeals
Sixth Circuit.

Nov. 21, 1957.

Leyshon & Tribbie, Cambridge, Ohio, for petitioner.

Charles K. Rice, Washington, D. C., for respondent.

PER CURIAM.

The petitioner having failed to show cause why this petition to review the decision of the Tax Court should not be dismissed, in response to this court's order of November 7, 1957, it is ordered that the petition to review be and it hereby is dismissed.

UNITED STATES of America,
Appellant,

v.

Marjorie Adair BEASOR and Helen Jean
Applegate.

No. 15879.

United States Court of Appeals
Eighth Circuit.

Oct. 22, 1957.

William C. Spire, U. S. Atty., Omaha, Neb., and Dean W. Wallace, Asst. U. S. Atty., Lincoln, Neb., for appellant.

Johnston & Grossman, Lincoln, Neb., and Floersch & Floersch, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

A. Richard GREENE, Appellant,

v.

Elizabeth J. REVYUK et al.

No. 15863.

United States Court of Appeals
Eighth Circuit.

Nov. 21, 1957.

James G. McDowell, Jr., Des Moines, Iowa, for appellant.

W. Keith Hamill, Herbert S. Selby, Nathan B. Updegraff and Tim J. Campbell, Jr., Newton, Iowa, for appellees.

PER CURIAM.

Appeal from District Court dismissed for lack of diligent prosecution and lack of jurisdiction for failure to file notice of appeal within time, on motions of appellees.

ARKANSAS–MISSOURI POWER COM-
PANY, a Corporation.

v.

Elta LUX and Stella Lux, Appellants,

No. 15805.

United States Court of Appeals
Eighth Circuit.

Nov. 22, 1957.

Elbert L. Ford and James F. Ford, Kennett, Mo., and Harry C. Blanton and David E. Blanton, Sikeston, Mo., for appellants.

James M. Reeves, Caruthersville, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice to appellants at cost of appellee, on stipulation of parties.